NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HOME GAMBLING NETWORK, INC., AND MEL MOLNICK,**
*Plaintiffs-Appellants,*

**v.**

**CHRISTOPHER PICHE, INVERSIONES VC DOS MIL S.A. (doing business as Casinoweb.com), AND EYEBALL NETWORKS, INC.,**
*Defendants-Appellees,*

**AND**

**MARGARET PICHE, INTERNET OPPORTUNITY ENTERTAINMENT, ELECTRONIC FINANCIAL SERVICES CARRIBEAN, INC., STARNET SYSTEMS INTERNATIONAL, INC., AND WORLD GAMING SERVICES, INC.,**
*Defendants.*

---

2014-1053

---

Appeal from the United States District Court for the District of Nevada in No. 2:05-cv-00610-DAE-VCF, Senior Judge David A. Ezra.

---

**JUDGMENT**

SID LEACH, Snell & Wilmer L.L.P., of Phoenix, Arizona, argued for plaintiffs-appellants.

JACOB A. REYNOLDS, Hutchison & Steffen, LLC, of Las Vegas, Nevada, argued for defendants-appellees. With him on the brief was PHILIP A. KANTOR, Philip A. Kantor, P.C., of Las Vegas, Nevada.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST,[*] *Chief Judge*, BRYSON and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 9, 2014 | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |

---

[*]    Sharon Prost assumed the position of Chief Judge on May 31, 2014.